United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATTS,<br><br>          Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>          Defendant. | Case No. 23-cv-00558-JSC<br><br>**ORDER OF DISMISSAL** |

On February 7, 2023, the Clerk opened this matter based upon a letter received from Plaintiff complaining that officials at the Santa Clara County Jail (where he is incarcerated) shared information about his criminal charges with other inmates. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"), and that he must file his claims in a complaint. The Clerk mailed Plaintiff the Court's IFP application and form complaint along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notice informed him that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application within 28 days. On March 1, 2023, Plaintiff filed another letter in which he complained about medical care at the jail. Plaintiff has not filed a complaint, paid the filing fee, or completed an IFP application, shown cause why not, or requested an extension of the deadline (which has passed). Accordingly, this case is DISMISSED without prejudice to Plaintiff filing a new case in which he presents his claims in a complaint and either pays the filing fee or files a completed IFP application.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 23, 2023

JACQUELINE SCOTT CORLEY
United States District Judge